CAROL LEFEVRE *v.* BOARD OF EDUCATION OF
THE TOWN OF KILLINGLY
(15301)

Dupont, C. J., and Foti and Healey, Js.

Argued December 13, 1996—officially released January 7, 1997

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* JEFFREY THOMAS
DARITY
(15306)

Schaller, Freedman and Daly, Js.

Argued December 12, 1996—officially released January 7, 1997

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* NICHOLAS SWEET
(14845)

O'Connell, Schaller and Stoughton, Js.

Argued December 10, 1996—officially released January 7, 1997

Per Curiam. The judgment is affirmed.